UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION, STRYKER SALES CORPORATION, STRYKER ORTHOPAEDICS, BENJAMIN WILLIAMS, M.D., SUTTER AUBURN FAITH HOSPITAL and DOES 1 to 100,<br><br>    Defendants. | No.  2:14-CV-2230-KJM-KJN<br><br>ORDER |

    On November 4, 2014, plaintiff Betty Johnson and defendants Stryker Corporation, Stryker Sales Corporation, Howmedica Osteonics Corp (collectively "Stryker defendants") and Dr. Benjamin Williams[1] jointly stipulated to stay all proceedings in this action pending resolution of a motion currently pending before the Judicial Panel on Multidistrict Litigation ("Judicial Panel") and/or resolution of the transfer of this case to MDL No. 2441. ECF No. 5.

    This medical device products liability action arises out of injuries allegedly sustained by plaintiff in connection with the implantation of a Stryker Rejuvenate and ABG II

---

[1] Defendant Sutter Auburn Faith Hospital has not appeared in this action.

1

1   modular-neck hip system designed, manufactured, and promoted by defendants. Cases involving
2   allegations of nearly identical injuries connected to this product are currently pending in various
3   federal courts. The Judicial Panel on Multidistrict Litigation established a multidistrict litigation
4   in the District of Minnesota to combine and address these cases.

5         On October 6, 2014, the Judicial Panel on Multidistrict Litigation issued a
6   Conditional Transfer Order seeking to transfer this case to that action. Defendant Williams has
7   filed a Notice of Opposition and motion to Vacate Conditional Transfer Order. Responses to this
8   motion are due on November 19, 2014. Thereafter, the Judicial Panel will rule on whether this
9   action should be transferred.

10        In light of that pending decision, all activity related to this action is stayed until
11  resolution of the motion and the Judicial Panel's decision to transfer. The parties are instructed to
12  submit a Joint Status Report to this court 90 days from the date of this Order to inform the court
13  of the status of Williams' motions and any decision from the Judicial Panel. Parties are further
14  instructed to continue to submit Joint Status Reports every 30 days thereafter until resolution
15  from the Judicial Panel.

16      IT IS SO ORDERED.
17  DATED: November 7, 2014.

                                                    UNITED STATES DISTRICT JUDGE